ELH-13-3924

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAR 04 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Hi Ellen greetings,

i, a man [hassan crawford], who is the man or woman that is ordering me? I will be glad to do what you order and i'm going to charge a hundred dollars an hour.

non assumpsit hassan crawford
4932 Old Court Road
Randallstown, Maryland [21133]

February 28, 2014

COPY

Hasan Crawford
4922 Old Court Road
Randallstown, Maryland 21133

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR -4 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Federal Court
at District Court of the United States for Maryland
Ellen; Judge
101 W. Lombard St.
Baltimore, Md. 21201-2691

28 FEB 2014 PM 3 L