UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------X
HASSAN CRAWFORD,                                :
                                                :    Case No.: 1:13-cv-3924
        Plaintiff,                              :
                                                :
-against-                                       :
                                                :
DIVERSIFIED CONSULTANTS, INC.,                  :
CHRISTOPHER ZEHNDER, and DOES 1-                :
10,                                             :
        Defendants.                             :
                                                :
------------------------------------------------------X

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO PROVIDE RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS**

Defendants, Diversified Consultants, Inc. ("DCI") and Christopher Zehnder ("Zehnder")(collectively "Defendants") by and through their undersigned counsel, hereby moves the Court for an order compelling Plaintiff, Hassan Crawford ("Crawford") to provide responses to Defendants' first set of discovery requests. In support thereof, Defendants state as follows:

**I.**      **INTRODUCTION**

1. On December 31, 2013, Plaintiff filed his Complaint against Defendants, pursuant to the Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA"), Maryland Consumer Collection Practices Act ("MCCPA") and the Maryland Deceptive and Unfair Trade Practices Act ("MDUTPA").

2. Plaintiff is appearing *pro se*.

3. On March 4, 2014, Defendants served Plaintiff with Defendants' First Set of Interrogatories, First Requests for Production of Documents, and First Requests for Admissions ("Defendants' Discovery Requests").

4.	Plaintiff has not provided Defendants with his responses to Defendants' Discovery Requests, within the thirty (30) days allowed under the Federal Rules.  Plaintiff's responses are still outstanding at this time.

5.	Instead, Plaintiff has indicated several times that he refuses to comply with Defendants' Discovery Requests.  In fact, on March 18, 2014, Plaintiff faxed a letter Defendants' counsel, The Salvo Law Firm, requesting Defendants leave him alone.

6.	On March 19, 2014, counsel for Defendants submitted a status report requesting the Court conduct a status conference to discuss Plaintiff's refusal to cooperate with Defendants in discovery and in drafting a joint status report (Docket No. 13).  However, Judge Hollander directed the parties to confer a submit a joint status report and proposed discovery schedule by April 16, 2014 (Docket No. 15).

7.	Counsel for Defendants has attempted to confer with Plaintiff regarding the discovery issues and submitting a joint status report and proposed discovery schedule.  Plaintiff has refused to cooperate.  Instead, Plaintiff responded by sending counsel for Defendant an email inviting counsel to join Twitter.

## II.    STANDARD OF REVIEW

8.	Pursuant to Fed.R.Civ.P. 26(b)(1), parties may obtain discovery regarding any matter, not privileged, that is "relevant to the claim or defense of any party."  This includes "discovery that appears reasonably calculated to lead to the discovery of admissible evidence." Id.  Information is relevant to the subject matter if the information might reasonably assist a party in evaluating its case, preparing for trial, or facilitating settlement.  See Hickman v. Taylor, 329 U.S. 495, 506-07 (1947).

9. Where a party fails to answer a propounded interrogatory or otherwise fails to respond to a discovery request, the opposing party may move the Court to compel an answer to said discovery requests.  Fed.R.Civ.P. 37(a)(3)(B).

10. Here, Plaintiff was served with Defendants' discovery requests on March 4, 2014, but has refused to provide responses within thirty (30) days.  Accordingly, Defendants bring the instant motion pursuant to Rule 37, to compel Plaintiff to respond to Defendants' discovery requests.

### III.  CONCLUSION

10. For the foregoing reasons, it is respectfully requested that the Court grant Defendants' Motion to Compel Plaintiff to Provide Responses to Defendants' First Set of Discovery Requests, so that Defendants may adequately prepare its defenses.

Dated:  April 15, 2014

>*/s/ Jeffrey Friedman*
>Jeffrey Friedman
>100 Owings Court, Suite 4
>Reisterstown, MD 21136
>(410) 526-4500
>Bar No. 06290
>jeff@friedmanlaw.net
>Attorney for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of April, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.  I hereby certify that a copy of this pleading will be facsimile transmission, electronic mail, and/or United States mail, properly addressed, and postage prepaid, to any non CM/ECF participants.

                                  */s/ Jeffrey Friedman*
                                  Jeffrey Friedman