

**RECEIVED IN THE OFFICE OF BETH P. GESNER**

APR 25 2014

**UNITED STATES MAGISTRATE JUDGE**

### Recipient Information
To: Beth; Magistrate Judge
Fax #: 14109623844

### Sender Information
From: Hassan Crawford
Email address: hacrawford98@gmail.com (from 71.179.59.98)
Sent on: Friday, April 25 2014 at 7:39 AM EDT

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 800-980-6858. Specify fax #11883733. We will add your fax number to the block list.

Case 1:13-cv-03924-ELH  Document 20  Filed 04/25/14  Page 2 of 3

Hi Beth greetings,

i, a man hassan crawford, i am an i, not a you, who is the man or woman making this claim, i require compensation for having to respond to a false claim and for the time lost dealing with their false claim. i wish for a 'Dollar' for every second of naked possession of property. All you require is in my paperwork your honour. [cf Trinsey v Pagliaro D.C. Pa. 1964 229 F.Supp 647]

non assumpsit hassan crawford

FOR THE D                    ARYLAND

*COPY*

assan Crawford
aintiff(s)

                                                                            Case No.: ELH-13-3924

\*

iversified Consultants, et al
efendant(s)            \*

\*\*\*\*\*\*

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. 636 and Local Rule 301 and 302 of the United States Court r the District of Maryland, this case is hereby referred to the Honorable Beth P. Gesner, United ates Magistrate Judge, for said District, for the following purposes(s):

☐ For all proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c) by consent of the parties.

☐ Settlement or other ADR conference.

☐ Discovery disputes as follows:
    ☐ All discovery and related scheduling matter.
    ☒ Specifically, ECF 17, motion to compel

☐ Hearing (if necessary), proposed findings of fact, and recommendations for the disposition o motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. 405 (g).

☐ Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633

☐ Reviewing a default judgment and/or making recommendations concerning damages.

☐ Other_____

ate: April 16, 2014                                      /s/
                                                           Ellen L. Hollander
                                                           United States District Judge