

July 2, 2014

**VIA ECF**
Hon. Beth P. Gesner, U.S.M.J.
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

>   Re: Hassan Crawford v. Diversified Consultants, Inc.
>   Case No.: 1:13-cv-3924

Dear Judge Gesner,

    This office represents Diversified Consultants, Inc. ("DCI") in the above referenced matter. On April 21, 2014, Your Honor granted Defendant's Motion to Compel, requiring Plaintiff to provide responses to Defendant's discovery requests by May 5, 2014. Plaintiff failed to provide responses and on May 22, 2014, Defendant filed a Motion for Sanctions. Thereafter, on June 12, 2014, Your Honor entered an Order requiring Plaintiff to serve his responses to Defendant's discovery requests by Friday June 27, 2014 and that failure to do so would result in dismissal of this case.

    To date, Plaintiff has not provided any responses to Defendant's discovery requests, nor has Plaintiff opposed Defendant's Motion for Sanctions. Therefore, Defendant respectfully requests that its Motion for Sanctions be granted in its entirety, dismissing Plaintiff's Complaint with prejudice and sanctioning Plaintiff in the amount of $2,802.50 for the attorney fees incurred by DCI in defending this action.

Respectfully Submitted,

Cindy D. Salvo

185 Fairfield Avenue, Suite 3C/3D, West Caldwell, New Jersey 07006
(973) 226-2220   •   (973) 900-8800 (fax)   •   www.salvolawfirm.com