# EXHIBIT C

**Invoice February 2014**

| Matter | Description | Date | Hrs/Rate | Amount |
|---|---|---|---|---|
| Crawford, Hassan | Drafted Answer to Complaint | 2/11/2014 | 0.60 300.00/hr | 180.00 |
| Crawford, Hassan | Finalized Answer to Plaintiff's Complaint | 2/12/2014 | 0.90 300.00/hr | 270.00 |
| Crawford, Hassan | Drafted Answer; Corporate Disclosure Statement and Motion for Pro Hac Vice | 2/17/2014 | 1.00 300.00/hr | 300.00 |
| | TOTAL AMOUNT BILLED CRAWFORD | | | 750.00 |

1

**Invoice March 2014**

| Matter | Description | Date | Hrs/Rate | Amount |
|---|---|---|---|---|
| Crawford, Hassan | Reviewed scheduling order; telephone with Plaintiff re: discovery and scheduling order; exchanged emails with Plaintiff re: discovery | 3/3/2014 | 0.0 300.00/hr | 150.00 |
| Crawford, Hassan | Drafted discovery requests; Sent email to Plaintiff enclosing discovery requests; reviewed Plaintiff's letter to court re: discovery requests | 3/4/2014 | 0.60 300.00/hr | 180.00 |
| Crawford, Hassan | Reviewed letter from Plaintiff re: underlying debt not owed | 3/5/2014 | .10 300.00/hr | 30.00 |
| Crawford, Hassan | Exchanged emails with Plaintiff re: discovery requests | 3/7/2014 | .20 300.00/hr | 60.00 |
| Crawford, Hassan | Drafted letter to court re: Plaintiff not complying with discovery | 3/18/2014 | .40 300.00/hr | 120.00 |
| Crawford, Hassan | Drafted letter to court re: pro se plaintiff's failure to cooperate and seeking conference; e-filed letter and exhibit | 3/19/2014 | .50 300.00/hr | 150.00 |
|  | TOTAL AMOUNT BILLED CRAWFORD |  |  | 690.00 |

1

**Invoice April 2014**

| Matter | Description | Date | Hrs/Rate | Amount |
|---|---|---|---|---|
| Crawford, Hassan | Reviewed Court Order re: joint discovery plan; exchanged emails with Plaintiff re: Joint Discovery Plan | 4/2/2014 | 0.20 300.00/hr | 60.00 |
| Crawford, Hassan | Exchanged emails with Plaintiff re: Joint discovery plan and overdue discovery | 4/8/2014 | 0.20 300.00/hr | 60.00 |
| Crawford, Hassan | Drafted status report; Drafted motion to compel discovery | 4/9/2014 | 1.00 300.00/hr | 300.00 |
| Crawford, Hassan | Drafted motion to compel discovery; Drafted status report | 4/10/2014 | .40 300.00/hr | 120.00 |
| Crawford, Hassan | Drafted motion to compel discovery | 4/14/2014 | .60 300.00/hr | 180.00 |
| Crawford, Hassan | Reviewed Order on motion to compel discovery | 4/22/2014 | .10 300.00/hr | 30.00 |
| Crawford, Hassan | Reviewed correspondence from Plaintiff re: discovery | 4/29/2014 | .10 300.00/hr | 30.00 |
| | TOTAL AMOUNT BILLED CRAWFORD | | | 780.00 |